IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, ) | No. C 07-5200 MJJ (PR) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| VICTOR CONTE, et al., ) | |
| Defendants. ) | |

Plaintiff, a federal prisoner proceeding pro se, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983 against Victor Conte, the Bay Area Laboratory Cooperative ("BALCO"), and other individuals allegedly involved in the production and distribution of steroids.

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988). To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42, 48 (1988).

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\riches6.dsm.wpd

1        Sections 1915A and 1915(e)(2) accord judges the unusual power to pierce the veil of
2   the complaint's factual allegations and dismiss as frivolous those claims whose factual
3   contentions are clearly baseless.  See Denton v. Hernandez, 504 U.S. 25, 32 (1992).
4   Examples are claims describing fantastic or delusional scenarios with which federal district
5   judges are all too familiar.  See Neitzke v. Williams, 490 U.S. 319, 328 (1989).  To pierce the
6   veil of the complaint's factual allegations means that a court is not bound, as it usually is
7   when making a determination based solely on the pleadings, to accept without question the
8   truth of the plaintiff's allegations.  See Denton, 504 U.S. at 32.  A finding of factual
9   frivolousness is appropriate when the facts alleged rise to the level of the irrational or the
10  wholly incredible, whether or not there are judicially noticeable facts available to contradict
11  them.  See id. at 32-33.

12       Plaintiff alleges defendants "have been harassing my life trying to force me to take
13  steroids so I can be the best and biggest softball player in prison."  He alleges they want him
14  to smuggle steroids into the prison via "a BALCO remote control glider" and to inject other
15  inmates in exchange for stamps.  He further alleges that defendant Conte helped build the
16  atom bomb and wants to "turn the atmosphere into a steroid."  As plaintiff's allegations are
17  clearly baseless, irrational and wholly incredible, the complaint will be dismissed as frivolous
18  under sections 1915A and 1915(e)(2).

19       For the foregoing reasons, this action is DISMISSED.

20       The Clerk shall close the file.

21       IT IS SO ORDERED.

22  DATED:   10/24/07                            _____
                                                 MARTIN J. JENKINS
23                                               United States District Judge

*United States District Court*
*For the Northern District of California*

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\riches6.dsm.wpd