UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

JONATHAN LEE RICHES,

    Plaintiff - Appellant,

  v.

VICTOR CONTE; et al.,

    Defendants - Appellees.

No. 07-17381

D.C. No. CV-07-05200-MJJ

**ORDER**

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Acting Clerk of Court

*Corina Orozco*

By: Corina Orozco
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 20 2008

by: Corina Orozco
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
07-17331 Riches v. Conte, et al

| | |
|---|---|
| JONATHAN LEE RICHES<br>    Plaintiff - Appellant | Jonathan Lee Riches<br>#40948-018<br>[NTC prs]<br>FCIW - FEDERAL CORRECTIONAL<br>INSTITUTION (WILLIAMSBURG)<br>P.O. Box 340<br>Salters, SC 29590 |
| v. | |
| VICTOR CONTE<br>    Defendant - Appellee | No appearance<br>No appearance<br>No street<br>No city, CA 94103<br>US |
| BALCO<br>    Defendant - Appellee | No appearance<br>(See above) |
| JAMES VALENTE<br>    Defendant - Appellee | No appearance<br>(See above)<br>No appearance<br>(See above) |
| GREG ANDERSON<br>    Defendant - Appellee | No appearance<br>(See above)<br>No appearance<br>(See above) |
| REMI KORCHEMNY<br>    Defendant - Appellee | No appearance<br>(See above)<br>No appearance<br>(See above) |