**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 27, 2008

CASE NUMBER:   **CV 07-05200 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- VICTOR CONTE**
DATE MANDATE FILED:   2/25/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Distribution:   CIVIL      -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                               U.S. Marshal (Copy of Mandate)
                               U.S. Probation Office

NDC App-16